A. S. McComas *v.* A. M. Green and Husband.
On a Re-hearing.

(This case has been reported. See *ante*, p. 121.)

THE judgment of the court, on a re-hearing, was pronounced by
Rost, J.    We are of opinion, that justice requires this case to be remanded.

It is therefore ordered, adjudged and decreed, that the judgment rendered by this court be annulled.   It is further ordered, that the judgment of the court below be reversed, and the case remanded for further proceedings according to law; the plaintiff and appellees paying the costs of this appeal.